UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER YANES CONCEPCION<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER<br>Respondent. | No. 1:26-cv-04354-DJC-CKD<br><br><u>RELEASE ORDER</u><br><br>A# 208-142-600 |

Petitioner Javier Yanes Concepcion is a noncitizen detainee proceeding under a Petition for Writ of Habeas Corpus. (Pet. (ECF No. 1).) This Court grants Count 2 of the Petition and orders Petitioner's release from custody.

**BACKGROUND**

Petitioner is a native and citizen of Cuba currently detained by Immigration and Customs Enforcement (ICE). (Pet (ECF No. 1) at 1.) He was issued a final removal order in 2018. (Suppl. (ECF No. 13) at 2.) Following his removal order, he was released on an Order of Supervision and has complied with the conditions of his release since. (*Id.*) On January 5, 2026, while attending an ICE check-in, Petitioner was informed that his Order of Supervision was revoked. (*Id.*) That same day, he was taken into custody by Immigration and Customs Enforcement (ICE). (Opp'n Ex. 3 (ECF

No. 6-3) at 2.) Beginning on January 23, 2026, the Government provided Petitioner with monthly notice of its intent to remove him to a third country, Mexico. (Opp'n (ECF No. 6) at 2; Opp'n, Ex. 2 (ECF No. 6-2).) Petitioner has refused to consent to removal to Mexico. (Opp'n at 2.) The briefing on this matter is complete. (Pet.; Mot (ECF No. 2); Opp'n; Suppl.)

## DISCUSSION

This case is materially indistinguishable from the Court's prior decisions in *Llopiz Estrada v. Warden,* No. 1:26-cv-04120-DJC-SCR, 2026 WL 2192272, at *1 (E.D. Cal. July 29, 2026); *Garcia Lopez v. Warden, California City*, No. 1:26-cv-05318-DJC-AC, 2026 WL 2323196, at *1 (E.D. Cal. Aug. 11, 2026); *Outerino v. Warden, Mesa Verde ICE Processing Center*, No. 1:26-cv-05326-DJC-JDP, 2026 WL 2327873, at *2 (E.D. Cal. Aug. 11, 2026), which all concerned Cuban nationals previously released on an Order of Supervision and detained to effectuate removal to Mexico despite their non-consent to the removal. The Court resolves the case on the same basis and concludes that the Government did not meet its burden to show a significant likelihood that Petitioner may be removed, and that consequently, Petitioner has established that his present detention violates 8 C.F.R. § 241.13(i)(2).[1]

## CONCLUSION

IT IS HEREBY ORDERED that:

1. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 2 of the Petition.[2]
2. Respondents are ordered to immediately release Javier Yanes Concepcion from their custody. Respondents shall not impose additional restrictions on him than were already present prior to

[1] In so finding, the Court does not determine that it is necessarily impossible that Respondents will be unable to show a change of circumstances in the future. But it is Respondents' burden to establish a change in circumstances.

[2] In the interests of judicial economy, the Court declines to address the remaining grounds for relief Petitioner has raised.

Petitioner's current detention, unless they are determined to be necessary at a future pre-deprivation/custody hearing.

3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner without a change in circumstances to warrant Petitioner's re-detention.
4. The Clerk is directed to serve California City Correctional Center with a copy of this Order.
5. The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC-10-Concepcion-1.26-cv-04354.merits